FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 10, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTINA KLINE, <br><br> Plaintiff, <br><br> v. <br><br> THE TRAVELERS HOME AND MARINE INSURANCE COMPANY, <br><br> Defendant. | No. 4:22-CV-05240-ACE <br><br> ORDER GRANTING STIPULATION OF DISMISSAL <br><br> ECF No. 10 |

**BEFORE THE COURT** is the parties' stipulation of dismissal with prejudice. ECF No. 10. John A. Raschko represents Plaintiff; Defendant is represented by David J. Ryan. The Court has reviewed the pending stipulation and is fully informed. Good cause appearing therefor, **IT IS HEREBY ORDERED:**

1. The parties' stipulation of dismissal, **ECF No. 10**, is **GRANTED**.

2. Plaintiff's complaint and any and all counterclaims and/or cross-claims are **DISMISSED WITH PREJUDICE**.

3. Each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order, provide copies to counsel, and **CLOSE THE FILE**.

DATED February 10, 2023.



_____
ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER - 1